Ivan M. Lopez Ventura, Esq. SBN#255743
324 34th Place
P.O. Box 3882
Manhattan Beach, CA 90266
Phone:          (714) 788-4804
Fax:            (949) 266-8230
Email:          Lopezesq@gmail.com

Attorney for Debtor(s)
**JOSEPH T. LUCAS**
**ELVIRA I. LUCAS**

# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In Re: ) | CASE NO. **LA 10-bk-23350-EC** |
| ) | |
| **JOSEPH T. LUCAS** ) | **CHAPTER 13** |
| **ELVIRA I. LUCAS** ) | |
| ) | **DECLARATION OF IVAN M. LOPEZ** |
| Debtor ) | **VENTURA IN SUPPORT OF DEBTORS** |
| ) | **SECOND AMENDED CHAPTER 13 PLAN TO** |
| _____ ) | **INCLUDE LIEN STRIP PROVISION** |

## **DECLARATION OF IVAN M. LOPEZ VENTURA, ESQ**

I, IVAN M. LOPEZ VENTURA, declare as follows:

1. I am an attorney a law duly licensed by the State of California and the Laws of the United States to practice law before this Court. I make this declaration of my own personal knowledge and if called upon to testify, I would and could testify competently to the following.

2. On April 7, 2010, debtors filed a voluntary bankruptcy petition under, Chapter 13 of the United States Bankruptcy Code. Case No. LA 10-23350-EC.

3. On May 11, 2010, I entered this case and, jointly with attorney Eric J. Gravel, started to represent the debtors in the present bankruptcy case.

\ \ \

DECLARATION

4.  On June 1, 2010, I filed on behalf of debtors a First Amended Chapter 13 Plan and a Notice of Section 341(a) with copy of the Chapter 13 Plan.

5.  On June 5, 2010, at the request of my clients I filed on behalf of debtors a Second Amended Chapter 13 Plan.

6.  I would like to inform the Court that debtors' second amended chapter 13 plan was file exclusively and only to include in the miscellaneous provisions debtors' intend to strip the second Deed of Trust holder GMAC from their principal residence located at 124 South Beachwood Drive, Burbank CA 91506.

7.  Next week I will file on behalf of debtors an adversary proceeding to avoid the second deed of trust holder GMAC from debtors principal residence.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California and United States of America and that this declaration was executed in Los Angeles, California, on this 5th day of June, 2010.

Respectfully submitted,

DATED: June 5, 2010.

**Ivan M. Lopez Ventura, Esq.**

**Attorney for Debtors**

| In re: | CHAPTER: **13** |
|---|---|
| **Joseph T Lucas** <br> **Elvira I Lucas** <br> Debtor(s). | CASE NUMBER: **LA 10-bk-23350-EC** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**324 24th Place, Manhattan Beach, CA 90266**

A true and correct copy of the foregoing document described as **DECLARATION OF IVAN M. LOPEZ VENTURA IN SUPPORT OF DEBTORS SECOND AMENDED CHAPTER 13 PLAN TO INCLUDE LIEN STRIP PROVISION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **6/5/2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **6/5/2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **June 5, 2010** | **Ivan M. Lopez Ventura** | **/S/ Ivan M. Lopez Ventura** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

**F 9013-3.1**
Best Case Bankruptcy

| In re: **Joseph T Lucas** **Elvira I Lucas** Debtor(s). | CHAPTER **13** CASE NUMBER **2:10-bk-23350** |
|---|---|

**ADDITIONAL SERVICE INFORMATION:**

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

**Kathy A Dockery**
efiling@CH13LA.com

**Eric J Gravel on behalf of Debtor Joseph Lucas**
egravell@hotmail.com, ctnotices@gmail.com

**Ivan M Lopez Ventura on behalf of Debtor Joseph Lucas**
ilecfbknotices@gmail.com

**Christopher M McDermott on behalf of Interested Party Courtsey NEF**
ecfcacb@piteduncan.com

**United States Trustee (LA)**
ustpregion16.la.ecf@usdoj.gov

**Edward T Weber on behalf of Interested Party Courtsey NEF**
eweber@rcolegal.com, bknotice@rcolegal.com

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**Debtors**

**Joseph T. Lucas**
**Elvira I. Lucas**
**124 South Beachwood Drive,**
**Burbank CA 91506**

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                   **F 9013-3.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy