**B104 (FORM 104) (08/07)**

| **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER**<br>(For Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>JOSEPH T. LUCAS & ELVIRA I. LUCAS | **DEFENDANTS**<br>GMAC MORTGAGE, LLC |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Ivan M. Lopez Ventura 255743<br>324 34th Place<br>Manhattan Beach, CA 90266<br>714-788-4804 Fax: 949-266-8230 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUES INVOLVED)

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) - Recovery of Money/Property**
[ ] 11-Recovery of money/property - §542 turnover of property
[ ] 12-Recovery of money/property - §547 preference
[ ] 13-Recovery of money/property - §548 fraudulent transfer
[ ] 14-Recovery of money/property - other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
[ 1 ] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) - Approval of Sale of Property**
[ ] 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) - Objection/Revocation of Discharge**
[ ] 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) - Revocation of Confirmation**
[ ] 51-Revocation of confirmation

**FRBP 7001(6) - Dischargeability**
[ ] 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
[ ] 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
[ ] 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) - Dischargeability (continued)**
[ ] 61-Dischargeability - §523(a)(5), domestic support
[ ] 68-Dischargeability - §523(a)(6), willful and malicious injury
[ ] 63-Dischargeability - §523(a)(8), student loan
[ ] 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
[ ] 65-Dischargeability - other

**FRBP 7001(7) - Injunctive Relief**
[ ] 71-Injunctive relief - imposition of stay
[ ] 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
[ ] 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
[ 2 ] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
[ ] 01-Determination of removed claim or cause

**Other**
[ ] SS-SIPA Case - 15 U.S.C. §§78aaa *et.seq.*
[ ] 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

| **BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES** | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>**Joseph T. Lucas & Elvira I. Lucas** | | BANKRUPTCY CASE NO.<br>**LA 10-bk-23350-EC** | |
| DISTRICT IN WHICH CASE IS PENDING<br>**Central District of California** | DIVISION OFFICE<br>**Los Angeles** | NAME OF JUDGE<br>**Ellen Carroll** | |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ Ivan M. Lopez Ventura<br>Ivan M. Lopez Ventura 255743 | | | |
| DATE<br>**July 1, 2010** | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>**Ivan M. Lopez Ventura 255743** | | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

| Attorney or Party Name, Address, Telephone and Fax Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Ivan M. Lopez Ventura**<br>**324 34th Place**<br>**Manhattan Beach, CA 90266**<br>**714-788-4804 Fax: 949-266-8230**<br>California State Bar Number: **255743**<br><br>*Attorney for Plaintiff* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**JOSEPH T LUCAS,**<br>**ELVIRA I LUCAS,**<br><br>                                                            Debtor. | CHAPTER __13__<br><br>CASE NUMBER **LA10-bk-23350-EC**<br><br>ADVERSARY NUMBER |
|---|---|
| **JOSEPH T LUCAS,**<br>**ELVIRA I LUCAS,**<br><br>                                            Plaintiff(s),<br>vs.<br><br>**GMAC MORTGAGE, LLC,**<br><br>                                            Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only)(Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE**<br>**OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| **Hearing Date:** | **Time:** | **Courtroom:** | **Floor:** |
|---|---|---|---|
| ☒ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**KATHLEEN J. CAMPBELL**
**Clerk of Court**

By: _____
*Deputy Clerk*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

February 2010  (COA-SA)                                                                                                                        **F 7004-1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

Summons and Notice of Status Conference - *Page 2*    F 7004-1

| In re<br>**Joseph T Lucas**<br>**Elvira I Lucas**<br>Debtor(s). | CASE NO: **2:10-bk-23350** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    _____    _____
*Date*                *Type Name*                          *Signature*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

February 2010 (COA-SA)    F 7004-1

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

Summons and Notice of Status Conference - *Page 2*  **F 7004-1**

| In re<br>**Joseph T Lucas**<br>**Elvira I Lucas**<br>Debtor(s). | CASE NO: **2:10-bk-23350** |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

February 2010 (COA-SA)

**F 7004-1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

**IVAN M. LOPEZ VENTURA** (SBN 255743)
IVAN M. LOPEZ VENTURA
324 34th Place
P O Box 3882
Manhattan Beach, CA 90266
Tel:  714-788-4804
Fax : 949-266-8230
Attorney for Debtors: Joseph T. Luca and Elvira I. Lucas

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Joseph T. Lucas,<br>Elvira I. Lucas,<br><br>　　　　　Debtors,<br>-------------------------------------------------<br>Joseph T. Lucas,<br>Elvira I. Lucas,<br><br>　　　　　Plaintiff(s),<br>　　V.<br>GMAC Mortgage, LLC<br><br>　　　　　Defendant(s). | Case No.: **LA10-23350-EC**<br><br>Chapter **13**<br><br>ADV. Case No: **[TBD]**<br><br>**COMPLAINT FOR DECLARATORY RELIEF AND TO REMOVE LIEN OF DEDENDAT PURSUANT TO 11 U.S.C. §506(a)**<br><br>DATE:　**[TBD]**<br>TIME:　**[TBD]**<br>CRTRM:　**[TBD]** |

　　　Plaintiff(s) JOSEPH T. LUCAS AND ELVIRA I. LUCAS, Chapter 13
Debtors allege as follows:

## JURISDICTIONAL ALLEGATIONS

　　1.  This adversary proceeding arises out of and is related to the above

captioned Chapter 13 case of Joseph T. Lucas and Elvira I. Lucas, Case No.: LA10-23350-EC, now pending in this United States Bankruptcy Court. Therefore this court has jurisdiction over this matter pursuant to 20 U.S.C.§§ 157, 1334, and General Order No.: 266 of the United States District Court for the Central District of California.

2. Defendant herein has a claim against Plaintiff(s), as defined by 11 U.S.C. §101(5). The complaint, as set forth herein, involves the determination of the secured status of a claim pursuant to 11 U.S.C. § 506, and as such, constitutes as "core" proceeding pursuant to 28 U.S.C. §157(b)(2).

3. Venue for this adversary proceeding is proper pursuant to 28 U.S.C. §1409(a).

## GENERAL ALLEGATIONS

4. Plaintiff(s) own a parcel of real property commonly known as 124 South Beachwood Drive, Burbank CA 91506 (hereinafter the "property"). This property is debtors' principal residence.

5. As of the date of the filing of the Chapter 13 bankruptcy case herein, that property had a fair market value of $ 450,000.00, based on an appraisal report prepared by Raman D. Larkin on May 4, 2010.

6. Plaintiff filed the above-captioned Chapter 13 case on April 7, 2010.

7. As of the date of the filing of the case, the following liens encumbered the property: A First Deed of Trust in favor of GMAC Mortgage, LLC, Account ending in (5701) in the amount of $502,257.77, and a Second Deed of Trust in favor of GMAC Mortgage, LLC Account ending in (6890) in the amount of $139,527.00.

8. As of the date of filing the Chapter 13 bankruptcy case herein, only the first deed of trust in favor of GMAC Mortgage, LLC is a secured claim, as defined by 11 U.S.C. §506(a).

9. Declaration of debtors' Joseph T. Lucas and Elvira I. Lucas authenticating the validity of claims secured against their home is attached hereto.

# CLAIM FOR RELIEF

## [To Determine Claims To Be Entirely Unsecured And Remove Liens Pursuant to 11 U.S.C. §506(b)]

10. Plaintiff realleges and incorporates by reference each and every allegation contained in paragraphs 1 through 9, inclusive, as though fully set forth herein.

11. Pursuant to 11 U.S.C. §506(a), the second deed to trust in favor of Defendant GMAC Mortgage, LLC, was as of the filing date of the bankruptcy case herein, entirely unsecured.

12. Pursuant to controlling Ninth Circuit Law, the lien of Defendant GMAC Mortgage, LLC with respect to the second deed of trust on the Debtor's real property is completely unsecured, and may be treated as unsecured in Plaintiff's Chapter 13 Plan, and may be removed.

13. As a result of the foregoing, Plaintiffs' are entitled to an order from the Court which removes the lien of Defendant GMAC Mortgage LLC against Plaintiffs' residential property, and declares that said deed of trust is of no further force and effect as a secured lien against Plaintiffs' residential property, pursuant to 11 U.S.C. §506(a).

WHEREFORE, Debtors' pray for the following:

1. That judgment be entered in favor of Plaintiffs and against Defendant removing the lien created by the second deed of trust in favor of GMAC Mortgage, and;

2. For such other and further relief as this Court deems just and proper.

Date: July 1, 2010                                       Ivan M. Lopez Ventura, Esq.

                                                   By:   **/S/ Ivan M. Lopez Ventura**

                                                         Ivan M. Lopez Ventura,

                                                         Attorney for the Plaintiff's

COMPLAINT FOR DECLARATORY RELIEF AND TO AVOID LIEN OF DEFENDANT

## DECLARATION OF JOSEPH T. LUCAS

I, JOSEPH T. LUCAS, declare as follows:

1. I am the debtor in the Chapter 13 case No.: LA10-23350-EC, I have personal knowledge of the facts stated herein, and if called upon to testify, could and would testify competently thereto.

2. I purchased my home on or about April, 2000. GMAC Mortgage, LLC, is currently the holder of the first and second deed of trust against my home.

3. I filed the instant Chapter 13 bankruptcy case on April 07, 2010.

4. At the time I filed my bankruptcy case, the amount owed on the first mortgage was $502,257.77. This amount is based on my knowledge of proof of claim No. 6-1 filed by GMAC Mortgage, LLC, in the present case.

5. On or about October, 2004, I took out a loan against my home with GMAC Mortgage, LLC, account ending in (6890). The amount owed on this loan is approximately $87,882.01. This amount is based on my personal knowledge of my lender's May, 2010, Invoice Statement for my Second Trust Deed.

6. To my knowledge my home is not worth more than $450,000.00. As a result, the amount owed or the second lien secured against my home is entirely unsecured.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 29th day of June, 2010, at Burbank, California.

Joseph T. Lucas, Declarant

COMPLAINT FOR DECLARATORY RELIEF AND TO AVOID LIEN OF DEFENDANT

### DECLARATION OF ELVIRA I. LUCAS

I, ELVIRA I LUCAS, declare as follows:

1. I am the debtor in the Chapter 13 case No.: LA10-23350-EC, I have personal knowledge of the facts stated herein, and if called upon to testify, could and would testify competently thereto.

2. I purchased my home on or about April, 2000. GMAC Mortgage, LLC, is currently the holder of the first deed of trust against my home.

3. I filed the instant Chapter 13 bankruptcy case on April 07, 2010.

4. At the time I filed my bankruptcy case, the amount owed on the first mortgage was $502,257.77. This amount is based on my knowledge of GMAC's proof of claim No. 6 filed in my case.

5. On or about October, 2004, I took out a second loan against my home. GMAC Mortgage, LLC, account ending in (6890), is the holder of said mortgage. The amount owed on this loan is approximately $87,882.01. This amount is based on my personal knowledge of my lender's May, 2010, Invoice Statement for my Second Trust Deed.

6. Based on my knowledge, as to the value of my property, it is my opinion that my home was worth no more than $450,000.00. As a result, the amount owed or the second lien secured against my home is entirely unsecured.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 29th day of June, 2010, at Burbank, California.

_____
Elvira I. Lucas, Declarant

COMPLAINT FOR DECLARATORY RELIEF AND TO AVOID LIEN OF DEFENDANT

| In re:<br>**Joseph T Lucas**<br>**Elvira I Lucas**<br>Debtor(s). | ADVERSARY PROCEEDING: **[TBD]**<br>CHAPTER: **13**<br>CASE NUMBER: **LA10-bk-23350-EC** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**324 24th Place, Manhattan Beach, CA 90266**

A true and correct copy of the foregoing document described as **COMPLAINT FOR DECLARATORY RELIEF, AND TO REMOVE LIEN OF DEFENDANTS, PURSUANT 11 U.S.C. SEC 506** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/1/2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **7/1/2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **July 1, 2010** | **Ivan M. Lopez Ventura** | **/S/ Ivan M. Lopez Ventura** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

**F 9013-3.1**
Best Case Bankruptcy

| In re: | CHAPTER **13** |
|---|---|
| **Joseph T Lucas** | CASE NUMBER **2:10-bk-23350** |
| **Elvira I Lucas** | |
| Debtor(s). | |

**ADDITIONAL SERVICE INFORMATION:**

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

**Kathy A Dockery**
efiling@CH13LA.com

**Eric J Gravel on behalf of Debtor Joseph Lucas**
egravell@hotmail.com, ctnotices@gmail.com

**Ivan M Lopez Ventura on behalf of Debtor Joseph Lucas**
ilecfbknotices@gmail.com

**Christopher M McDermott on behalf of Interested Party Courtsey NEF**
ecfcacb@piteduncan.com

**United States Trustee (LA)**
ustpregion16.la.ecf@usdoj.gov

**Edward T Weber on behalf of Interested Party Courtsey NEF**
eweber@rcolegal.com, bknotice@rcolegal.com


**SERVED BY USPS MAIL:**

**Debtors**

**Joseph T. Lucas**
**Elvira I. Lucas**
**124 South Beachwood Drive,**
**Burbank CA 91506**

**Kathy A. Dockery**
**700 South Flower Street**
**Suite 1950**
**Los Angeles, CA 90017**

**Honorable Ellen Carroll**
**Judge's Copy**
**Edward R. Royball Federal Building**
**255 E. Temple Street, Suite 1639**
**Los Angeles, CA 90012**

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*   **F 9013-3.1**

| In re:<br>**Joseph T Lucas**<br>**Elvira I Lucas**<br>Debtor(s). | CHAPTER **13**<br>CASE NUMBER **2:10-bk-23350** |
|---|---|

**SERVED BY CERTIFIED USPS MAIL:**

**GMAC Mortgage, LLC (Address on POC requesting notice to be sent) same address for 1st and 2nd TD holder**
**1100 Virginia Drive**
**Ft Washington, PA 19034**

**GMAC Mortgage, LLC**
**Agent for Service of Process:**
**AS CSC – Lawyers Incorporating Service, (C1592199)**
**2730 Gateway Oaks Dr. Ste 100**
**Sacramento, CA 95833**

**GMAC Mortgage**
**CEO Michael A. Carpentier**
**1100 Virginia Dr.**
**Fort Washington, PA 19034**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                Best Case Bankruptcy